No. 203, Misc. WOOLLASTON *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 204, Misc. OGLESBY *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 206, Misc. LOEWING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 209, Misc. REA *v.* RUSSELL, WARDEN. Sup. Ct. Tenn. Certiorari denied. *George F. McCanless,* Attorney General of Tennessee, and *Paul E. Jennings,* Assistant Attorney General, for respondent.

No. 210, Misc. McTAGUE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 212, Misc. NORDESTE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 213, Misc. HOOPER *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 214, Misc. TROTTER *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 218, Misc. RICE *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.